UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

JACKIE DARRELL PENDERGRASS, JR.,   )
                              )
              Plaintiff,        )          1:19-CV-00115-DCLC
                              )
        vs.                  )
                              )
MARY MOORE SULLIVAN, THOMAS   )
CHRISTOPHER GOTT, EMMA O'NEAL   )
ANDREWS, JUDITH MARIE TURCOTT,   )
MAXIMUS CHILD SUPPORT             )
ENFORCEMENT AGENCY/SERVICES,
STATE OF TENNESSEE DEPARTMENT
OF HUMAN SERVICES,

              Defendants.

## ORDER

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated August 14, 2019 [Doc. 5]. In that Report and Recommendation, the Magistrate Judge recommends that Plaintiff's Complaint [Doc. 1] be dismissed without prejudice under 28 U.S.C. § 1915(e) for failure to state a federal claim upon which relief can be granted and as such, that Plaintiff's Motion to Proceed *in forma pauperis* [Doc. 2] be denied as moot. Plaintiff was informed by the Magistrate Judge that he had fourteen (14) days in which to object to the Report and Recommendation and that a failure to file objections within the time specified would constitute a waiver of the right to appeal the district court's order. Plaintiff filed no objections.

Notwithstanding that, after consideration of the record as a whole and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby **ORDERED** that this Report and Recommendation [Doc. 5] is **ADOPTED** and

**APPROVED,** that Plaintiff's complaint be dismissed without prejudice and that Plaintiff's Motion

to Proceed *in forma pauperis* be denied as moot.

SO ORDERED:

s/ Clifton L. Corker
United States District Judge